IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE BUCK,<br><br>　　　　　　　Defendant. | 8:22–CR–47<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

　　　　This matter is before the Court on the Request for Transcript filed by nonparty Nicole Lee. Filing 343. The request for a transcript is granted, provided Ms. Lee contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the request is denied. Accordingly,

　　　　IT IS ORDERED: The Request for Transcript, filed by nonparty Nicole Lee, Filing 343, is granted as to the transcript under the conditions described above, and is otherwise denied.

　　　　Dated this 26th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge