IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE BUCK,<br><br>Defendant. | 8:22-CR-47<br><br><br><br>ORDER ON MOTION TO WITHDRAW<br>AS ATTORNEY |

This matter is before the Court on defense counsel Michael J. Ogershok's Motion to Withdraw as Attorney for defendant George Buck. Filing 437. Defense counsel moves for leave to withdraw as counsel on the grounds that "the relationship has terminated in accordance with the terms of the client engagement." Filing 437 at 1. Defense counsel explains in his motion that he was granted admission *pro hac vice* in November 2024 for the purpose of filing the defendant's Motion for Compassionate Release at Filing 395. Filing 394 (Text Order). As defense counsel points out, the Court denied that compassionate release motion, Filing 399, and the Eighth Circuit Court of Appeals affirmed the Court's order in August 2025, Filing 425 and Filing 426. The Court finds that there is good cause to grant Ogershok's Motion to Withdraw as Attorney. Accordingly,

IT IS ORDERED that Michael J. Ogershok's Motion to Withdraw as Attorney, Filing 437, is granted.

1

Dated this 19th day of December, 2025.

                                                   BY THE COURT:

                                                   _____
                                                   Brian C. Buescher
                                                 United States District Judge